

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

James Cunningham, Appellant

No. 06-15-00129-CR    v.

The State of Texas, Appellee

Appeal from the 85th District Court of Brazos County, Texas (Tr. Ct. No. 14-04342-CRF-85).  Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect the proper degree of offense as that of a third degree felony, with the punishment range enhanced to that of a second degree felony.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, James Cunningham, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED SEPTEMBER 27, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk